**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LISA AUDIT, | |
| Plaintiff, | Case No.: 1:25-cv-09344 |
| v. | Judge Martha M. Pacold |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Albert Berry, III |
| Defendants. | |

**PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT**
**EXPEDITED DISCOVERY AND SERVICE OF PROCESS BY E-MAIL AND/OR**
**ELECTRONIC PUBLICATION PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Plaintiff, LISA AUDIT ("Plaintiff"), seeks this Court's authorization for leave to conduct expedited discovery and to effectuate service of process by e-mail and/or electronic publication in an action arising out of Federal Copyright Act, 17 U.S.C. § 101, et seq., 28 U.S.C. § 1338(a)–(b), and 28 U.S.C. § 1331. A Memorandum of Law in Support is filed concurrently with this Motion. This motion is not filed under seal.

DATED: August 12, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***