# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LISA AUDIT, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 1:25-cv-09344 <br><br> Judge Martha M. Pacold |

## ORDER

Plaintiff Lisa Audit ("plaintiff") filed a Motion for Leave to Conduct Expedited Discovery and Service of Process by Email and/or Electronic Publication against "ixinshangm," the defendant identified on Amended Schedule A to the Complaint ("defendant"). *See* [13] at 1.[1] After reviewing the motion and the accompanying draft order, the court GRANTS plaintiff's motion in part.

First, the court finds that electronic service of process is proper under Fed. R. Civ. P. 4(f)(3). Electronic service of process does not violate any treaty and is consistent with due process because it effectively communicates the pendency of this action to defendants. Thus, the court grants plaintiff's request to effectuate service of process by e-mail and/or electronic publication.

Second, the court grants in part plaintiff's request for expedited discovery. The court orders that upon plaintiff's request, any third party with actual notice of this order who is providing services for the defendant, or in connection with the defendant, including, without limitation, any online marketplace platforms such as Temu, eBay, Walmart.com, or Amazon.com, shall, within seven (7) calendar days after receipt of such notice, provide to plaintiff expedited discovery, including copies of documents and records in such person's or entity's possession or control relating to the identities and locations of defendant, its officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses.

---

[1] Bracketed numbers refer to docket entries and are followed by page and / or paragraph number citations. Page numbers refer to the CM/ECF page number.

Plaintiff may provide notice of the proceedings in this case to defendant, including notice of this order and any hearings, and service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the complaint, this order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses provided for defendant by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "ixinshangm." The combination of providing notice via electronic publication and e-mail shall constitute notice reasonably calculated under all circumstances to apprise defendant of the pendency of the action and afford defendant the opportunity to present its objections.

Dated: August 14, 2025 /s/ Martha M. Pacold